753 A.2d 1146

IN THE MATTER OF KIMBERLY A. HINTZE, A/K/A KIMBERLY HINTZE–WILCE, AN ATTORNEY AT LAW.

July 12, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **KIMBERLY A. HINTZE, a/k/a KIMBERLY HINTZE–WILCE,** of **JERSEY CITY,** who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence),

*RPC* 1.4(a) (failure to communicate) and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And respondent having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **KIMBERLY A. HINTZE, a/k/a KIMBERLY HINTZE–WILCE,** is hereby reprimanded; and it is further

ORDERED that respondent enroll in the next offering of the legal education course of the Ethics Diversionary Program offered by the New Jersey State Bar Association; and it is further

ORDERED that respondent practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.